FILED
2012 SEP 13 PM 3: 35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  MICHAEL J. NIBORSKI (State Bar No. 192111)
   **PRYOR CASHMAN LLP**
2  1801 Century Park East, 24th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 556-9608
   Facsimile: (310) 556-9670
4  mniborski@pryorcashman.com
5
   JAMES A. JANOWITZ (*pro hac vice* pending)
6  **PRYOR CASHMAN LLP**
   7 Times Square
7  New York, NY 10036
   Telephone: (212) 421-4100
8  Facsimile: (212) 326-0806
   jjanowitz@pryorcashman.com
9
10 *Attorneys for Plaintiffs*
   Clarke Abbey and
11 Edward R. Pressman Film Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE ABBEY and EDWARD R. PRESSMAN FILM CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FILM SCIENCE LLC; JONATHAN RAYMOND; KELLY REICHARDT; MAYBACH FILM PRODUCTIONS LLC; RT FEATURES; UTA INDEPENDENT FILM GROUP, A DIVISION OF UNITED TALENT AGENCY, INC.; THE MATCH FACTORY GMBH; ANISH SAVJANI; NEIL KOPP; CHRISTOPHER MAYBACH; RODRIGO TEIXEIRA; SAEREM KIM; SAEMI KIM; LOURENÇO SANT ANNA; ALEJANDRO DE LEON; TODD HAYNES and LARRY FESSENDEN,<br><br>Defendants. | Case No. CV12-7931-JFW (CWx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Clarke Abbey ("Abbey") and Edward R. Pressman Film Corporation ("ERPFC") (collectively "Plaintiffs"), by their attorneys, Pryor Cashman LLP, for their complaint against defendants Film Science LLC, Jonathan Raymond, Kelly Reichardt, Maybach Film Productions LLC, RT Features, UTA Independent Film Group, a division of United Talent Agency, Inc., The Match Factory GmbH, Anish Savjani, Neil Kopp, Christopher Maybach, Rodrigo Teixeira, Saerem Kim, Saemi Kim, Lourenço Sant' Anna, Alejandro De Leon, Todd Haynes and Larry Fessenden (collectively "Defendants"), hereby allege as follows:

## NATURE OF THE ACTION

1. This is an action seeking injunctive relief based on copyright infringement engaged in by Defendants by reason of their creating and/or producing an unauthorized work based on the iconic novel "The Monkey Wrench Gang" by Edward Abbey.

2. This action arises under the Copyright Act of 1976, 17 U.S.C. §101 et seq.

3. Venue of this action in this district is proper pursuant to 28 U.S.C. 1391(b).

## THE PARTIES

4. Abbey is a citizen of the State of Utah, residing in Moab, Utah.

5. ERPFC is a corporation formed and existing under the laws of the State of Delaware with offices at 1639 11th Street, Suite 251, Santa Monica, California.

6. Defendant Film Science LLC (a/k/a "filmscience") is an independent film production company with offices in Houston, Texas and Austin, Texas.

7. Upon information and belief, Jonathan Raymond ("Raymond") is a screenwriter.

8. Upon information and belief, Kelly Reichardt ("Reichardt") is a screenwriter, director and editor.

9. Upon information and belief, Maybach Film Productions LLC (a/k/a "Maybach Films USA") ("Maybach Films") is an independent film production company, investment group and acquisition company with offices at 10 Universal City Plaza, 20th Floor, Universal City, California.

10. Upon information and belief, RT Features ("RTF") is an independent film production company based in Sao Paolo, Brazil, which lists UTA Talent Agency in Beverly Hills, California as its agent.

11. Upon information and belief, The Match Factory GmbH ("Match Factory") is in the business of selling distribution rights to motion pictures, including films produced in this district, in foreign markets.

12. Upon information and belief, UTA Independent Film Group ("UTA") is a division of United Talent Agency, Inc., with offices located at 9560 Wilshire Blvd., Beverly Hills, California.

13. Upon information and belief, Anish Savjani ("Savjani") is a film producer and principal of Filmscience.

14. Upon information and belief, Neil Kopp ("Kopp") is an independent film producer and is associated with Savjani and/or Filmscience.

15. Upon information and belief, Christopher Maybach ("Maybach") is a film producer and is a principal of Maybach Films.

16. Upon information and belief, Saemi Kim is a film producer and is associated with Maybach and/or Maybach Films.

17. Upon information and belief, Saerem Kim is a film producer and is associated with Maybach and/or Maybach Films.

18. Upon information and belief, Rodrigo Teixeira ("Teixeira") is the CEO of RTF.

19. Upon information and belief, Lourenço Sant' Anna ("Sant' Anna") is a film producer and is affiliated with RTF.

20. Upon information and belief, Alejandro De Leon ("De Leon") is a film producer.

21. Upon information and belief, Todd Haynes ("Haynes") is a screenwriter and film producer.

22. Upon information and belief, Larry Fessenden ("Fessenden") is a film producer, director and actor.

23. Upon information and belief, all of the Defendants conduct business activities within this judicial district, either directly or through their agents.

## CLAIM FOR COPYRIGHT INFRINGEMENT
## (AGAINST ALL DEFENDANTS)

24. Repeat and reallege the allegations of paragraphs 1 through 23 as if fully set forth herein.

25. Abbey is the widow of Edward Abbey, the well-known American author dubbed "the Thoreau of the American West." "The Monkey Wrench Gang" (the "Novel") is an original work written by Edward Abbey and first published in or around 1975. The Novel tells the story of a group of self-appointed environmental terrorists who take it upon themselves to sabotage symbols of industrial development, hoping to eventually destroy a major dam in the western United States by filling boats with ammonium nitrate fertilizer and detonating them by the dam. The Novel is widely believed to have inspired environmental groups, including the Earth First! organization.

26. Abbey is the owner of the copyright in the Novel, which was and remains duly registered with the United States Copyright Office and has always been published with a proper copyright notices.

27. Pursuant to an agreement with Abbey, ERPFC holds the exclusive right to produce a derivative work based on the Novel in the form of a theatrical motion picture. ERPFC's rights in the Novel and its development of a motion picture based thereon have been widely reported in the U.S. entertainment industry press.

28. Upon information and belief, defendants Raymond and Reichardt have written a screenplay entitled "Night Moves."

29. Upon information and belief, Lifescience, Maybach Films and RTF are engaged in producing a theatrical motion picture based on "Night Moves" (the "Film"), which is to star Jesse Eisenberg, Dakota Fanning and Peter Sarsgaard. The Film is being directed by Reichardt. Savjani, Kopp, Maybach, Saemi Kim, Saerem Kim, Teixiera, Sant' Anna, De Leop, Haynes and Fessenden, are all acting as producers or executive producers. UTA is selling domestic distribution rights to the Film. Match Factory is selling foreign distribution rights to the Film.

30. "Night Moves" tells the story of a group of self-appointed environmental terrorists who take it upon themselves to sabotage symbols of industrial development, with their primary objective being the destruction of a major dam. Upon information and belief, "Night Moves" copies protectable elements of the Novel. By way of example only, both works feature the targeting of a dam for destruction by means of ammonium fertilizer-laden boats. In the Novel, the principal bomb-maker is a beer-guzzling veteran who served overseas as a Green Beret, where he acquired his knowledge of explosives. The bomb-maker in "Night Moves" is a beer-guzzling veteran who served overseas as a U.S. Marine, where he acquired his knowledge of explosives. Both the Novel and "Night Moves" also feature a 20-something woman who starts out as a companion of another member of the group but develops a sexual relationship with the bomb-making veteran, despite his initial objections to her participation in the group's illegal activities.

31. The similarities between "Night Moves" and the Novel are so obvious that Internet bloggers have commented about the Film's misappropriation of the Novel's plot.

32. The Novel was and is a popular and critically acclaimed work which has enjoyed distribution and commercial success since it first appeared in 1975.

33. By virtue of the Novel's wide distribution, there can be no question that Raymond and Reichardt had access to it.

34. Upon information and belief, Raymond and Reichardt copied protectable elements of the Novel in writing "Night Moves" and, since they had no authorization from Plaintiffs to do so, they thereby infringed the exclusive rights in the Novel afforded to Plaintiffs under the Copyright Act, 17 U.S.C. §101 et seq.

35. By participating in the production, sales and distribution of the Film, all of the remaining Defendants are inducing, causing and/or materially contributing to the infringement of Plaintiff's rights, which they knew or should have known of by virtue of the obvious similarities which "Night Moves" bears to the Novel, which are so glaring that they have been noted by the public on the Internet in comments about the production of the Film.

36. By reason of the above, each of Defendants is directly or contributory liable for the infringement of the Novel by the "Night Moves" screenplay and Film.

37. Upon information and belief, unless enjoined by this Court, Defendants will continue their course of infringing conduct.

38. Plaintiffs will suffer irreparable harm in the absence of an injunction preventing the production and distribution of the Film, and Plaintiffs have no adequate remedy at law to redress the injuries they will suffer if such production and distribution proceeds.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

a. Awarding preliminary and permanent injunctive relief enjoining Defendants, their officers, directors, agents, servants, employees and all others acting in concert with them from producing, promoting, selling or distributing the Film or any film based on the "Night Moves" screenplay;

b. Awarding Plaintiffs all damages suffered by reason of Defendants' wrongful acts, including reasonable attorneys' fees, pursuant to 17 U.S.C. §505, and the costs of this action; and

c. Awarding Plaintiffs such other and further relief as the Court deems just and proper.

PRYOR CASHMAN LLP

Dated: September 13, 2012    By: [signature]
Michael J. Niborski
mniborski@pryorcashman.com

James A. Janowitz (*pro hac vice* pending)
jjanowitz@pryorcashman.com

*Attorneys for Plaintiffs*
Clarke Abbey and
Edward R. Pressman Film Corporation

## DEMAND FOR JURY TRIAL

Plaintiffs Clarke Abbey and Edward R. Pressman Film Corporation hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

PRYOR CASHMAN LLP

Dated: September 13, 2012    By: *[signature]*
Michael J. Niborski
mniborski@pryorcashman.com

James A. Janowitz (*pro hac vice* pending)
jjanowitz@pryorcashman.com

*Attorneys for Plaintiffs*
Clarke Abbey and
Edward R. Pressman Film Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

### CV12- 7931 JFW (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Michael J. Niborski (SBN 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 556-9608; Fax: (310) 556-9670
mniborski@pryorcashman.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE ABBEY and EDWARD R. PRESSMAN FILM CORPORATION<br><br>PLAINTIFF(S)<br>v.<br>FILM SCIENCE LLC, et al.<br>[Please see Attachment A for full list of Defendants.]<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-7931 -JFW(CWx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael J. Niborski_____, whose address is _PRYOR CASHMAN LLP, 1801 Century Park East, 24th Floor, Los Angeles, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __SEP 1 3 2012__

Clerk, U.S. District Court

By: __MARILYN DAVIS__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                    SUMMONS

## ATTACHMENT A

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

SUMMONS

FILM SCIENCE LLC; JONATHAN RAYMOND; KELLY REICHARDT; MAYBACH FILM PRODUCTIONS LLC; RT FEATURES; UTA INDEPENDENT FILM GROUP, A DIVISION OF UNITED TALENT AGENCY, INC.; THE MATCH FACTORY GMBH; ANISH SAVJANI; NEIL KOPP; CHRISTOPHER MAYBACH; RODRIGO TEIXEIRA; SAEREM KIM; SAEMI KIM; LOURENÇO SANT ANNA; ALEJANDRO DE LEON; TODD HAYNES and LARRY FESSENDEN,

                Defendants.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Clarke Abbey and Edward R. Pressman Film Corporation

**DEFENDANTS**
Film Science LLC, et al.
[Please see Attachment A for full list of Defendants.]

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael J. Niborski (SBN 192111), Pryor Cashman LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067; Tel: 310-556-9608

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No         ☒ **MONEY DEMANDED IN COMPLAINT:** $ Not Specified; Injunctive Relief

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 et seq.; Infringement of copyright in literary work.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-7931

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County (Edward R. Pressman Film Corporation) | Grand County, Utah (Clarke Abbey) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County (All Defendants) | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date September 13, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## ATTACHMENT A

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

FILM SCIENCE LLC; JONATHAN RAYMOND; KELLY REICHARDT; MAYBACH FILM PRODUCTIONS LLC; RT FEATURES; UTA INDEPENDENT FILM GROUP, A DIVISION OF UNITED TALENT AGENCY, INC.; THE MATCH FACTORY GMBH; ANISH SAVJANI; NEIL KOPP; CHRISTOPHER MAYBACH; RODRIGO TEIXEIRA; SAEREM KIM; SAEMI KIM; LOURENÇO SANT ANNA; ALEJANDRO DE LEON; TODD HAYNES and LARRY FESSENDEN,

                                          Defendants.