1 Michael J. Niborski, Esq. (SBN: 192111)
mniborski@pryorcashman.com
2 PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
3 Los Angeles, CA 90067
Telephone: (310) 556-9608
4 Facsimile: (310) 556-9670

5 James A. Janowitz (pro hac vice pending)
jjanowitz@pryorcashman.com
6 PRYOR CASHMAN LLP
7 Times Square
7 New York, NY 10036
Telephone: (212) 421-4100
8 Facsimile: (212) 326-0806

9 Attorneys for Plaintiffs
Clarke Abbey and Edward R. Pressman Film
10 Corporation

11             UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14 CLARKE ABBEY and EDWARD R.            ) Case No. CV12-7931-FMO (CWx)
PRESSMAN FILM CORPORATION,               )
15                                       ) Honorable Fernando M. Olguin
          Plaintiffs,                    )
16   vs.                                 ) **STIPULATION FOR DISMISSAL
                                         ) OF ENTIRE ACTION WITH
17 FILM SCIENCE LLC; JONATHAN            ) PREJUDICE**
RAYMOND; KELLY REICHARDT;                )
18 MAYBACH FILM PRODUCTIONS              ) [F.R.C.P. 41(a)(1)]
LLC; RT FEATURES; UTA                    )
19 INDEPENDENT FILM GROUP, A             ) [Proposed order lodged concurrently
DIVISION OF UNITED TALENT                ) herewith]
20 AGENCY, INC.; THE MATCH               )
FACTORY GMBH; ANISH SAVJANI;             ) Complaint Filed:   September 13, 2012
21 NEIL KOPP; CHRISTOPHER                )
MAYBACH; RODRIGO TEIXEIRA;               )
22 SAEREM KIM; SAEMI KIM;                )
LOURENCO SANT ANNA;                      )
23 ALEJANDRO DE LEON; TODD               )
HAYNES and LARRY FESSENDEN,              )
24                                       )
          Defendants.                    )
25 _____)

26

27

28

Case No.  CV12-7931-FMO (CWx)
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

50607/001/ 1007353v1.8

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil procedure, Plaintiffs
2  CLARKE ABBEY and EDWARD R. PRESSMAN FILM CORPORATION and
3  Defendants FILM SCIENCE LLC, JONATHAN RAYMOND, KELLY
4  REICHARDT, MAYBACH FILM PRODUCTIONS LLC, RT FEATURES, UTA
5  INDEPENDENT FILM GROUP, THE MATCH FACTORY GMBH, ANISH
6  SAVJANI, NEIL KOPP, CHRISTOPHER MAYBACH, RODRIGO TEIXEIRA,
7  SAEREM KIM, SAEMI KIM, LOURENCO SANT ANNA, ALEJANDRO DE
8  LEON, TODD HAYNES and LARRY FESSENDEN and through their respective
9  counsel, hereby stipulate to the dismissal with prejudice of the above-captioned
10 action, with each party bearing its own costs and attorney's fees.

11 Dated: February 1, 2013            PRYOR CASHMAN LLP

13                                    By: _____
                                      Michael J. Niborski
14                                    James A. Janowitz
                                      Attorneys for Plaintiffs
15                                    Clarke Abbey and Edward R.
                                      Pressman Film Corporation

18 Dated: February 1, 2013            LINER GRODE STEIN YANKELEVITZ
                                      SUNSHINE REGENSTREIF & TAYLOR LLP

20                                    By: _____
21                                    Stanton L. Stein
                                      Attorneys for Defendants
22                                    Film Science LLC, Jonathan
                                      Raymond, Kelly Reichardt,
23                                    Maybach Film Productions LLC, RT
                                      Features, UTA Independent Film
24                                    Group, a division of United Talent
                                      Agency, Inc., The Match Factory
25                                    GMBH, Anish Savjani, Neil Kopp,
                                      Christopher Maybach, Rodrigo
26                                    Teixeira, Saerem Kim, Saemi Kim,
                                      Lourenco Sant Anna, Alejandro De
27                                    Leon, Todd Haynes, and Larry
                                      Fessenden

Case No. CV12-7931-FMO (CWx)
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

50607/001/ 1007353v1.8