JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE ABBEY and EDWARD R. PRESSMAN FILM CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>FILM SCIENCE LLC; JONATHAN RAYMOND; KELLY REICHARDT; MAYBACH FILM PRODUCTIONS LLC; RT FEATURES; UTA INDEPENDENT FILM GROUP, A DIVISION OF UNITED TALENT AGENCY, INC.; THE MATCH FACTORY GMBH; ANISH SAVJANI; NEIL KOPP; CHRISTOPHER MAYBACH; RODRIGO TEIXEIRA; SAEREM KIM; SAEMI KIM; LOURENCO SANT ANNA; ALEJANDRO DE LEON; TODD HAYNES and LARRY FESSENDEN,<br><br>Defendants. | Case No. CV12-7931-FMO (CWx)<br><br>Honorable Fernando M. Olguin<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)]**<br><br>Complaint Filed:   September 13, 2012 |

Case No.  CV12-7931-FMO (CWx)
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

50607/001/ 1007445v0.7

Based upon the stipulation by and between Plaintiffs CLARKE ABBEY and EDWARD R. PRESSMAN FILM CORPORATION and Defendants FILM SCIENCE LLC, JONATHAN RAYMOND, KELLY REICHARDT, MAYBACH FILM PRODUCTIONS LLC, RT FEATURES, UTA INDEPENDENT FILM GROUP, THE MATCH FACTORY GMBH, ANISH SAVJANI, NEIL KOPP, CHRISTOPHER MAYBACH, RODRIGO TEIXEIRA, SAEREM KIM, SAEMI KIM, LOURENCO SANT ANNA, ALEJANDRO DE LEON, TODD HAYNES and LARRY FESSENDEN, through their respective counsel:

**IT IS HEREBY ORDERED THAT:**

The case is hereby dismissed with prejudice. Each of the parties shall bear its own attorneys' fees and costs of suit herein.

**IT IS SO ORDERED:**

Dated: February 5, 2013

/s/
Honorable Fernando M. Olguin
Judge, United States District Court